STATE OF MINNESOTA
IN SUPREME COURT



FILED

October 2, 2015

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Jeremy Thomas Kramer, a Minnesota Attorney,
Registration No. 0282480.

ORDER

On August 24, 2015, the Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action alleging that respondent Jeremy Thomas Kramer committed professional misconduct warranting public discipline, namely, misappropriation of client funds, noncooperation and engaging in a pattern of neglecting client matters, failing to communicate with clients, failing to deposit client funds in trust, misappropriating filing fee advances, and failing to timely return client property, in violation of Minn. R. Prof. Conduct 1.3, 1.4(a)(3), 1.4(a)(4), 1.4(b), 1.5(b)(3), 1.15(a), 1.15(c)(4), 1.16(d), 8.1(b), and 8.4(c), and Rule 25, Rules on Lawyers Professional Responsibility (RLPR). Respondent waives his procedural rights under Rule 14, RLPR, and admits the allegations of the petition. The parties jointly recommend that the appropriate discipline is disbarment.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      Respondent Jeremy Thomas Kramer is disbarred;

2.      Respondent shall comply with Rule 26, RLPR (requiring notice of disbarment to clients, opposing counsel, and tribunals); and

3.      Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated:  October 2, 2015                    BY THE COURT:

David R. Stras
Associate Justice

2